IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TONI JACKSON,
individually and on behalf of all others
similarly situated,

        Plaintiff,

v.

JERSEY COMMUNITY HOSPITAL,

        Defendant.

Case No. 3:21-CV-00848-NJR

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order dated October 1, 2024 (Doc. 106), this entire action is **DISMISSED without prejudice** with each party to bear their own costs.

    **DATED:  October 1, 2024**

                              MONICA A. STUMP,
                              Clerk of Court

                              By:  s/ *Deana Brinkley*
                                     Deputy Clerk

APPROVED:  _____
               **NANCY J. ROSENSTENGEL**
               **Chief U.S. District Judge**